**Order entered November 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00898-CV

### CITY OF EULESS, SELF-INSURED, Appellant

### V.

### MARTA DANYLYK, ET AL., Appellees

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-01243-2017**

## ORDER

Before the Court is the November 21, 2022 second request of Antoinette Varela, Official Court Reporter for the 366th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **December 21, 2022**. We caution Ms. Varela that further extension requests will be disfavored.

/s/    KEN MOLBERG
JUSTICE